Decided October 31, 1984

---

RAYMOND BREEN ET AL. *v.* DEPARTMENT OF
LIQUOR CONTROL ET AL.

(two petitions)

The petition of the named defendant and the petition of the defendant Discount Liquors of Woodbury, Inc., et al. for certification for appeal from the Appellate Court, 2 Conn. App. 628, are granted.

*Joseph I. Lieberman,* attorney general, and *Robert F. Vacchelli* and *Richard M. Sheridan,* assistant attor-

neys general, in support of the petition of the named defendant.

*Mark W. Dost,* in support of the petition of the defendant Discount Liquors of Woodbury, Inc., et al.

*Robert F. Kolesnik,* in opposition.

Decided November 7, 1984